YATES ET AL., APPELLANTS, *v.* MANSFIELD BOARD OF EDUCATION, APPELLEE.

[Cite as *Yates v. Mansfield Bd. of Edn.,*
99 Ohio St.3d 48, 2003-Ohio-2461.]

(No. 2002–2242—Submitted March 25, 2003—Decided May 16, 2003.)

———————

{¶ 1} The discretionary appeal on Proposition of Law No. I is allowed. Briefing is to proceed on Proposition of Law No. I.

{¶ 2} The cause is allowed on Proposition of Law No. II. The judgment is reversed, and the cause is remanded for further proceedings on Proposition of Law No. II consistent with *Hubbard v. Canton City School Bd. of Edn.,* 97 Ohio St.3d 451, 2002–Ohio–6718, 780 N.E.2d 543.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur.

Cook, J., dissents.

---

Robert J. Vecchio Co., L.P.A., and Robert J. Vecchio, for appellants.

Lutz & Oxley Co., L.P.A., Fred M. Oxley and Erin N. Cahill, for appellee.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.